IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
(TOLEDO DIVISION)

| | |
|---|---|
| CITY OF FINDLAY,<br>An Ohio Municipal Corporation<br><br>Plaintiff,<br><br>v.<br><br>ARGONAUT INSURANCE COMPANY,<br><br>Defendant. | : CIVIL ACTION<br>:<br>: Case No. 3:18-cv-00790<br>:<br>:<br>:<br>:<br>: |

## STIPULATED NOTICE OF DISMISSAL

Plaintiff City of Findlay Corporation and Defendant Argonaut Insurance Company stipulate Pursuant to Federal Rule of Civil Procedure 41 that all claims and counterclaims raised between the parties in this action are dismissed with prejudice and without award of attorneys' fees or costs to any party.

Counsel for the party filing this Stipulation attests that counsel has the permission of the attorney for the other party to indicate the party's stipulation by a conformed signature (/s/) within this electronically filed document.

/s/ Robert C. Tucker
Robert Charles Tucker
Robison, Curphey & O'Connell
Four SeaGate, 9th Floor
433 North Summit Street
Toledo, OH 43604
Phone: 419-249-7900
Fax: 419-249-7911
rtucker@rcolaw.com

*Attorneys for Plaintiff,*
*City of Findlay*

/s/ William F. Stewart
William F. Stewart
**STEWART SMITH**
300 Four Falls, Ste. 670
300 Conshohocken State Rd.
West Conshohocken, PA 19428
Phone: (484) 344-5296
Fax: (484) 534-9470
wstewart@stewartsmithlaw.com

*Attorneys for Defendant,*
*Argonaut Insurance Company*

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge